UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:10-M-1024

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | |
| ROBERT DARRELL MATHENY | ) | ORDER |
| | ) | |

FILED

JAN  7 2011

DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Leave of court is granted for the filing of the foregoing dismissal.

DATE: _____

_____
ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE